# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER WILLS,<br><br>　　　　Petitioner<br><br>　　v.<br><br>JOSIE COSTELLO,<br><br>　　　　Respondent. | Case No. CV 16-4098-GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: April 30, 2018　　　　　　　　　_/s/ George H. Wu_

　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE